## File Hashes for IP Address 67.177.214.71

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/30/2013 03:42:20 | BB2965A6E2F60AE85AD9B43ECF1DBE1EDF5EFD38 | Black Lingerie Bliss |
| 03/18/2013 14:02:39 | 34192FC9E62DE20D9616539100FC53D593D3D447 | Circles of Bliss |
| 03/15/2013 00:55:09 | 7E07FA3FCAC0535233D05C401160BA57E7E3C744 | Come To My Window |
| 03/03/2013 17:30:18 | 80B15AB4C27186BF599940820D080538EED04185 | Mad Passion |
| 02/19/2013 01:30:02 | 5FAB4E102E5394CEC2AEE88C2B7329E950C9D845 | Apartment in Madrid |
| 02/06/2013 16:02:14 | 728CAE61541054A512F692033D7A5325A6C3DCBC | Deep Longing |
| 01/08/2013 01:03:08 | D207C259A414746637AE13BA4FA77BBE6F71356D | Sweetest Dreams |
| 12/22/2012 03:36:45 | 30C0C6AAAD4E38ACC2D09FB86F9E427C02504471 | Finding Elysium |
| 12/12/2012 18:11:28 | F9F19C1C00F1F750FAB162F96CC6DBF64CD02C16 | Unforgettable View #1 |
| 12/07/2012 18:11:03 | 60C56F74BB3073EEB84341C04E24BDE7B978660A | Waterfall Emotions |
| 12/02/2012 17:10:34 | 462EBE286EBA279F4A5FB9C569CCDFC4AEBCB27C | Inside Perfection |
| 11/28/2012 17:27:32 | 3B288C5CA8C5A092D1CD5F2FFAB2E526065E255A | Introducing Angelica |
| 11/11/2012 15:00:01 | D417E2BF6D304974B99211AEF43B334C161925B8 | Vacation Fantasy |
| 09/18/2012 23:04:38 | 4594067582DEB2AE66A978C2AE69404584CFDA3E | Underwater Lover |
| 08/16/2012 22:05:59 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 07/31/2012 02:33:00 | C84D25EB1835694659C9DAD5501EC1F013E62977 | Transcendence |
| 07/17/2012 01:21:08 | 8D665D1436F840FCA7F537ABD9C39B55C3801698 | Dream Come True |
| 05/07/2012 19:03:06 | 1D1D6528CA95BD507A9BB9825453B2E9FE334159 | Little Lover |
| 04/12/2012 22:18:06 | 0A8DA11F1850900EB9E62087FAAFF27ADA304282 | Lunchtime Fantasy |
| 04/05/2012 16:20:33 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |
| 03/29/2012 16:44:28 | 3A7584A1DF61BCE503B9572DC266AB7A838EE4E9 | Perfect Girls |
| 03/26/2012 19:31:31 | AC73B71313995E3A054AC5FB5D759DCD7BCAFE51 | Evening at Home |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/13/2012 17:08:31 | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | California Dreams |
| 03/10/2012 21:09:41 | CF64181DA508E91AD249098AA25261B2D1ECE9BD | Heavenly Brunettes |
| 03/05/2012 21:49:36 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition |
| 01/13/2012 19:56:03 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A