**Copyrights-In-Suit for IP Address 67.177.214.71**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 01/13/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/19/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 03/30/2013 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/05/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 03/13/2012 |
| Circles of Bliss | PENDING | 03/20/2013 | 04/01/2013 | 03/18/2013 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 03/15/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/06/2013 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/17/2012 |
| Evening at Home | PA0001782559 | 03/21/2012 | 03/22/2012 | 03/26/2012 |
| Evening at Home Part #2 | PA0001785204 | 04/04/2012 | 04/04/2012 | 04/05/2012 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 12/22/2012 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 03/10/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/02/2012 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 11/28/2012 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 05/07/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 04/12/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/03/2013 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 03/29/2012 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/08/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/16/2012 |

EXHIBIT B

CO143

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 07/31/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/18/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/12/2012 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 11/11/2012 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/07/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  26**