IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01001-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DAVID KORNMEYER,

    Defendant.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b), 58(a), and the Order Affirming and Adopting Magistrate Judge Recommendation, filed on November 18, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge [ECF Doc. No. 27], filed October 22, 2013, is AFFIRMED and ADOPTED.  It is further

ORDERED that default judgment is hereby entered in favor of Plaintiff, Malibu Media, LLC, and against Defendant, David Kornmeyer, for direct copyright infringement of Plaintiff's copyrighted works, as set forth in Count I of the Complaint.  It is further

ORDERED that Defendant Kornmeyer shall pay Plaintiff the sum of $58,500.00 in statutory damages and $2,995.00 for attorney's fees and costs.  It is further

ORDERED that Defendant Kornmeyer shall permanently destroy all the digital media files relating to, and copies of, Plaintiff's copyrighted works made or used by him in violation of Plaintiff's exclusive rights, as well as all master copies in his possession, custody or control from which such copies may be reproduced.  It is further

ORDERED that Plaintiff's request to "[p]ermanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works" is denied.  It is further

ORDERED that post-judgment interest shall accrue at the current rate of  0.11%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 within fourteen (14) days of entry of judgment.

DATED at Denver, Colorado this 19th day of November, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                /s/ Edward P. Butler
                Edward P. Butler,
                Deputy Clerk